Oct. 29, 2015

Abel Acosta, Esq.
Clerk-Court of Criminal Appeals of Texas
P.O. Box-12308
Capital Station Austin, Texas, 78711

Ruth Barradas 01961485
Lane Murray Unit
1916 N. Hwy. 36 By Pass
Gatesville, Texas 76596

RECEIVED IN
COUNT OF CRIMINAL APPEALS
NOV 03 2015
AbelAcosta.Clerk

Re: Ruth Barradas .VS. State of Texas, Appeal court 05-14-01271-CR
(Trial Court cause No. F-1263141-U, Dallas, County)

Dear Mr. Acosta: Enclosed please find the Original and one copy of Appellant, Ruth Barradas, motion to extend time to File Appellant's Petition For Discretionary Review. No extension to file the petition has been requested previously nor has Same been previously granted. By copy of this letter, Appellant Ruth Barradas has Forwarded a copy of her motion to ~~true~~ the Dallas, County of Criminal District Attorney's Office.

FILED IN
COURT OF CRIMINAL APPEALS
NOV 09 2015
Abel Acosta, Clerk

Attn: Appellate Division.

Thank you For filing Appellants motion and the Court's consideration of Same. If you have any questions or Comments.

I Recieve mail at the above inside address.

Encls: Orig and 1 copy of motion
CC: Dallas County Criminal District
Atty: Office
Attn: Appellate Division
(w/ends)

Respectfully
Submitted

Ruth Barradas